■ In the Matter of LEONARD E. PRICE, Petitioner, v FREDERICK M. MARSHALL, as Justice of the Supreme Court, et al., Respondents.—Petition unanimously dismissed *(see, People v Price,* 163 AD2d 915 [decided herewith]). (Original art 78 proceeding.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.